# EXHIBIT A



**CT Corporation**
**Service of Process Notification**
07/28/2023
CT Log Number 544389677

## Service of Process Transmittal Summary

**TO:** Claudia Lenz
Route 41 Pizza, LLC
1617 Hwy 12 East
Willmar, MN 56201

**RE:** **Process Served in Wisconsin**

**FOR:** Route 41 Pizza, LLC  (Domestic State: WI)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | Re: SANDRA RITCHIE // To: Route 41 Pizza, LLC |
| **CASE #:** | 2023CV000298 |
| **NATURE OF ACTION:** | Employee Litigation |
| **PROCESS SERVED ON:** | C T Corporation System, Madison, WI |
| **DATE/METHOD OF SERVICE:** | By Process Server on 07/28/2023 at 10:17 |
| **JURISDICTION SERVED:** | Wisconsin |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air , 1ZX212780135420519 |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
301 S. Bedford Street
Suite 1
Madison, WI 53703
877-467-3525
SmallBusinessTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

For Official Use Only
FILED
07-24-2023
Clerk of Courts
Fond du Lac County WI
2023CV000298
Honorable Anthony C. Nehls

PROCESS SERVER
TIME /0 0°  /\\/PM DATE 7/28/23
( ) PERSONAL    ( ) SUBSTITUTE
( ) POSTED      ( ) CORPORATE

STATE OF WISCONSIN CIRCUIT COURT FOND DU LAC COUNTY

SANDRA RITCHIE,
373 East 9th Street,
Fond du Lac, WI 54935,
Individually and as a representative
of the proposed class defined herein,

    Plaintiff,

v.

Case No. 23-CV-
Case Code: 30303

ROUTE 41 PIZZA, LLC,
1617 Highway 12 E,
Willmar, MN 56201-5814,

    Defendant.

## SUMMONS

THE STATE OF WISCONSIN, To each person named above as a Defendant:

You are hereby notified that the Plaintiff named above has filed a lawsuit or other legal action against you. The complaint, which is attached, states the nature and basis of the legal action.

Within 20 days of receiving this summons, you must respond with a written answer, as that term is used in chapter 802 of the Wisconsin Statutes, to the complaint. The court may reject or disregard an answer that does not follow the requirements of the statutes. The answer must be sent or delivered to the court, whose address is 160 South Macy Street, Fond du Lac, WI 54935, and to Attorneys Summer H. Murshid, Timothy P. Maynard, Larry A. Johnson, and Connor J. Clegg,

of Hawks Quindel, S.C., whose address is 5150 North Port Washington Road, Suite 243, Milwaukee, WI 53217. You may have an attorney help or represent you.

If you do not provide a proper answer within 20 days, the court may grant judgment against you for the award of money or other legal action requested in the complaint, and you may lose your right to object to anything that is or may be incorrect in the complaint. A judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future, and may also be enforced by garnishment or seizure of property.

Dated: July 24, 2023.

Signed:

s/ Summer H. Murshid
Summer H. Murshid, State Bar No. 1075404
Timothy P. Maynard, State Bar No. 1080953
Larry A. Johnson, State Bar No. 1056619
Connor J. Clegg, State Bar No. 1118534
Attorneys for Plaintiff

Hawks Quindel, S.C.
5150 North Port Washington Road, Suite 243
Milwaukee, WI 53217
Telephone: (414) 271-8650
Fax: (414) 207-6079
E-mail: smurshid@hq-law.com
tmaynard@hq-law.com
ljohnson@hq-law.com
cclegg@hq-law.com

Case 2023CV000298　　Document 2　　Filed 07-24-2023　　Page 3 of 12

For Official Use Only
FILED
07-24-2023
Clerk of Courts
Fond du Lac County WI
2023CV000298
Honorable Anthony C. Nehls

STATE OF WISCONSIN CIRCUIT COURT FOND DU LAC COUNTY

SANDRA RITCHIE,
373 East 9th Street
Fond du Lac, WI 54935,
Individually and as a representative
of the proposed class defined herein,

        Plaintiff,

v.

ROUTE 41 PIZZA, LLC,
1617 Highway 12 E,
Willmar, MN 56201-5814,

        Defendant.

Case No. 23-CV-
Case Code: 30303

## CLASS ACTION COMPLAINT

### PRELIMINARY STATEMENT

1. This lawsuit is a class action brought by Individual and Representative Plaintiff, Sandra Ritchie, on behalf of herself and on behalf of a proposed class, against Defendant Route 41 Pizza, LLC, ("Route 41 Pizza") to recover unpaid overtime wages. Route 41 Pizza owns and operates Domino's Pizza restaurants throughout Wisconsin, including in Fond du Lac County. At times since July 24, 2021, Ms. Ritchie was employed by Route 41 Pizza as a salaried General Manager at Domino's Pizza restaurants in Wisconsin, including Fond du Lac County. Since July 24, 2021, Route 41 Pizza has had common policies and practices at its restaurants in Wisconsin that have caused Ms. Ritchie and other salaried General

Managers to work in excess of 40 hours per workweek without overtime compensation as mandated by Wisconsin law.

2. Ms. Ritchie brings this Wis. Stat. § 803.08 class action against Route 41 Pizza, on behalf of herself and on behalf of a proposed class, to recover unpaid overtime wages, civil penalties, costs, attorneys' fees, declaratory relief, and any other relief the Court deems equitable under Wis. Stat. Chs. 103 and 109 and Wis. Admin. Code Ch. DWD 274.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action under Wis. Const. Art. VII, § 8, because the claims arise under Wis. Stat. Chs. 103 and 109 and Wis. Admin. Code Ch. DWD 274.

4. This Court has personal jurisdiction over this action under Wis. Stat. § 801.05(1)(d) because Route 41 Pizza has engaged in substantial and not isolated activities within this state.

5. Venue is proper in the Fond du Lac County Circuit Court under Wis. Stat. § 801.50(2)(a) because Ms. Ritchie's claims arose in Fond du Lac County.

## THE PARTIES

6. Sandra Ritchie is an adult resident of Fond du Lac County, Wisconsin.

7. Route 41 Pizza, LLC, is a limited liability company organized under the laws of Wisconsin. Route 41 Pizza's principal office is at 1617 Highway 12 E, Willmar, Minnesota 56201-5814. Route 41 Pizza's registered agent for service of process in

Wisconsin is CT Corporation System, 301 South Bedford Street, Suite 1, Madison, Wisconsin.

8. The Class is defined as:

> All persons who are or have been employed by Route 41 Pizza, LLC, as salaried General Managers at Domino's Pizza restaurants in Wisconsin at times since July 24, 2021.

## GENERAL ALLEGATIONS

9. Route 41 Pizza owns and operates Domino's Pizza restaurants in Wisconsin, including in Fond du Lac County.

10. At times since July 24, 2021, Ms. Ritchie and members of the Class have worked as salaried General Managers at Route 41 Pizza's Domino's Pizza restaurants in Wisconsin.

11. Since July 24, 2021, Route 41 Pizza paid Ms. Ritchie and members of the Class a salary for their work as General Managers.

12. Since July 24, 2021, Ms. Ritchie and members of the Class have had substantially similar job duties while working as salaried General Managers for Route 41 Pizza, including, but not limited to, hiring employees, scheduling employees at their respective restaurants, taking inventory, ordering supplies, preparing food items, cooking pizza and other menu items, cleaning, taking orders, delivering orders, and operating the cash register.

13. Since July 24, 2021, Route 41 Pizza employed hourly employees in its Domino's Pizza restaurants in Wisconsin who perform duties such as preparing food

3

items, cooking pizza and other menu items, cleaning, taking orders, delivering orders, and operating the cash register.

14. Since July 24, 2021, Route 41 Pizza required Ms. Ritchie and members of the Class to work a minimum standard workweek that exceeded forty hours as salaried General Managers.

15. Since July 24, 2021, Route 41 Pizza, by and through its common policies and practices, regularly suffered or permitted Ms. Ritchie and members of the Class to work more hours than the minimum standard workweek to meet the operational and staffing needs of their respective restaurants.

16. Since July 24, 2021, Route 41 Pizza classified Ms. Ritchie and members of the Class as exempt from overtime under Wisconsin law while they worked as salaried General Managers.

17. Since July 24, 2021, Route 41 Pizza, by and through its common policies and practices, has suffered or permitted Ms. Ritchie and members of the Class to spend a vast majority of their working hours as salaried General Managers performing the same, non-exempt work as their hourly employees, including, but limited to, preparing food items, cooking pizza and other menu items, cleaning, taking orders, delivering orders, and operating the cash register.

18. Since July 24, 2021, Ms. Ritchie and members of the Class have not been exempt from overtime under Wisconsin law while they were employed as salaried General Managers for Route 41 Pizza.

4

19. Since July 24, 2021, Route 41 Pizza has failed to pay Ms. Ritchie and members of the Class at a rate of one and one-half times their regular rate of pay for all hours worked in excess of 40 in a workweek.

20. Since July 24, 2021, Route 41 Pizza has failed to accurately maintain records of the hours of work performed by Ms. Ritchie and members of the Class.

21. Route 41 Pizza's actions as alleged herein were for dilatory or unjust reasons.

22. As a result of Route 41 Pizza's actions as alleged herein, Ms. Ritchie and members of the Class have suffered wage loss.

## CLASS ACTION ALLEGATIONS

23. The Class is so numerous that joinder of all members is impractical. On information and belief, the Class includes more than 40 members.

24. There are questions of law or fact common to the Class that are capable of class-wide resolution and the determination of which will resolve issues central to the validity of the Class's claims, including;

   a. Whether Route 41 Pizza has common policies or practices that resulted in Ms. Ritchie and the Class being misclassified as exempt from overtime compensation in violation of Wisconsin wage and hour laws and regulations.

   b. Whether Route 41 Pizza can meet its burden of proving that Ms. Ritchie and the Class are exempt from overtime under Wisconsin law;

5

c. Whether Route 41 Pizza, by and through its common policies and practices, has suffered or permitted Ms. Ritchie and the Class to spend a vast majority of their working hours as salaried General Managers performing the same, non-exempt work as their hourly employees, including, but limited to, preparing food items, cooking pizza and other menu items, cleaning, taking orders, delivering orders, and operating the cash register;

d. Whether Route 41 Pizza required Ms. Ritchie and members of the Class to work a minimum standard workweek that exceeded forty hours as salaried General Managers.

e. Whether Route 41 Pizza failed to adequately keep records of the hours of work of Ms. Ritchie and the Class in violation of Wisconsin wage and hour laws and regulations;

f. The nature and extent of class-wide injury and the measure of damages for the injury.

25. Ms. Ritchie's claims are typical of the claims of the Class. Ms. Ritchie, like all members of the Class, was subjected to Route 41 Pizza's policies and practices regarding overtime compensation and exemption status. As a result, Ms. Ritchie, like the other members of the Class, suffered wage loss.

26. Ms. Ritchie will fairly and adequately protect the interests of the Class and has retained counsel experienced in complex wage and hour litigation.

6

27. Certification of the Class is appropriate under Wis. Stat. § 803.08 because questions of law or fact common to the Class predominate over any questions affecting only individual Class members, and because a class action is superior to other available methods for fairly and efficiently adjudicating this matter. Route 41 Pizza's uniform policies and practices denied the Class wages for work performed and to which they are entitled. The damages suffered by each class member are small compared to the expense and burden of individually litigating each class member's claim. In addition, class certification is superior because it will obviate the need for unduly duplicative litigation that might result in inconsistent judgments about Route 41 Pizza's pay practices.

### CLAIM FOR RELIEF:

### FAILURE TO PAY OVERTIME WAGES
### IN VIOLATION OF WISCONSIN LAW

28. Ms. Ritchie, on behalf of herself and on behalf of the Class, realleges and incorporates by reference all preceding paragraphs.

29. Since July 24, 2021, Route 41 Pizza has been and continues to be an employer within the meaning of Wis. Stat. § 103.01(1)(a).

30. Since July 24, 2021, Route 41 Pizza has been and continues to be an employer within the meaning of Wis. Stat. § 109.01(2).

31. Since July 24, 2021, Route 41 Pizza has been and continues to be an employer within the meaning of Wis. Admin. Code § DWD 274.03.

32. At times since July 24, 2021, Ms. Ritchie and the Class are and/or were employees of Route 41 Pizza within the meaning of Wis. Stat. § 103.001(5).

7

33. At times since July 24, 2021, Ms. Ritchie and the Class are and/or were employees of Route 41 Pizza within the meaning of Wis. Stat. § 109.01(1r).

34. At times since July 24, 2021, Ms. Ritchie and the Class are and/or were employees of Route 41 Pizza within the meaning of Wis. Admin. Code § DWD 274.03.

35. Wisconsin law requires an employer to pay overtime compensation to all non-exempt employees for all hours worked in excess of 40 per workweek.

36. Wisconsin law requires employers to pay all wages earned within 31 days of when they are earned.

37. Ms. Ritchie and the Class are not and/or were not exempt from the overtime pay requirements of Wisconsin law as salaried General Manager for Route 41 Pizza.

38. Since July 24, 2021, Route 41 Pizza has had, and continues to have, common policies, practices, procedures, protocols, routines, and rules that cause it to fail to pay Ms. Ritchie and the Class all overtime wages due to them under Wisconsin law.

39. As a result of Route 41 Pizza's failure to pay overtime wages earned and due to Ms. Ritchie and the Class, Route 41 Pizza has violated and continues to violate Wisconsin law.

40. Because of these violations, Ms. Ritchie and the Class have suffered and/or continue to suffer wage loss.

## REQUEST FOR RELIEF

Ms. Ritchie, on behalf of herself and on behalf of the Class, requests the following relief:

A. An order granting class certification pursuant to Wis. Stat. § 803.08, naming Ms. Ritchie as class representative, and Hawks Quindel, S.C., as class counsel;

B. An order find that Route 41 Pizza violated Wisconsin wage and hour laws and regulations as alleged in this Complaint;

C. An order pursuant to Wis. Stat. § 806.04 declaring that Route 41 Pizza's actions as alleged in this Complaint are unlawful and in violation of Wisconsin wage and hour laws and regulations;

D. Judgment against Route 41 Pizza in the amount of all overtime wages owed to Ms. Ritchie and the Class as a result of Route 41 Pizza's conduct that violated Wisconsin wage and hour laws and regulations;

E. An award of civil penalties of 50 percent of all overtime pay owed to Ms. Ritchie and the Class as a result of Route 41 Pizza's conduct that violated Wisconsin wage and hour laws and regulations pursuant to Wis. Stat. § 109.11(2)(a);

F. An award of all costs, disbursement, expert witness fees, prejudgment and post judgment interest, and reasonable attorneys' fees incurred in prosecuting these claims on behalf of Ms. Ritchie and the Class pursuant to § 109.03(6); and

G. Such relief as the Court deems just and equitable.

9

Dated: July 24, 2023.

        s/ Summer H. Murshid
        Summer H. Murshid, State Bar No. 1075404
        Timothy P. Maynard, State Bar No. 1080953
        Larry A. Johnson, State Bar No. 1056619
        Connor J. Clegg, State Bar No. 1118534
        Attorneys for Plaintiff

        Hawks Quindel, S.C.
        5150 North Port Washington Road, Suite 243
        Milwaukee, WI 53217
        Telephone: (414) 271-8650
        Fax: (414) 207-6079
        E-mail: smurshid@hq-law.com
        tmaynard@hq-law.com
        ljohnson@hq-law.com
        cclegg@hq-law.com

| | | | |
|---|---|---|---|
| **STATE OF WISCONSIN** | **CIRCUIT COURT** | **FOND DU LAC** | FILED<br>07-24-2023<br>Clerk of Courts<br>Fond du Lac County WI<br>2023CV000298<br>Honorable Anthony C.<br>Nehls |
| Sandra Ritchie vs. Route 41 Pizza, LLC | Electronic Filing<br>Notice | | |

Case No. 2023CV000298
Class Code: Other-Contract

ROUTE 41 PIZZA, LLC
1617 HIGHWAY 12 E
WILLMAR MN 56201

Case number 2023CV000298 was electronically filed with/converted by the Fond du Lac County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at http://efiling.wicourts.gov/ and may withdraw as an electronic party at any time. There is a $20.00 fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

Pro Se opt-in code: 8e2d97

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 920-929-3034.

Fond du Lac County Circuit Court
Date: July 24, 2023

GF-180(CCAP), 11/2020 Electronic Filing Notice   This form shall not be modified. It may be supplemented with additional material.   §801.18(5)(d), Wisconsin Statutes

Case 2:23-cv-01093-SCD   Filed 08/17/23   Page 15 of 15   Document 1-1