UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**SANDRA RITCHIE,**

      Plaintiff,

v.                                        Case No. 23-CV-1093

**ROUTE 41 PIZZA, LLC**

      Defendant.

---

## NOTICE OF SETTLEMENT

---

Plaintiff, Sandra Ritchie, by her attorneys Hawks Quindel S.C., and Defendant, Route 41 Pizza, by its attorneys Fisher Phillips, (collectively the "Parties") hereby notify the Court that the Parties have reached an agreement in principle to settle this action. The Parties request not more than 30 days to file papers for dimissal. The Parties also request that the Court stay all other deadlines.

Dated: October 12, 2023

| | |
|---|---|
| <u>s/ *MATTHEW R. KORN*</u> | <u>s/ *SUMMER H. MURSHID*</u> |
| Craig R. Annunziata | Larry A. Johnson |
| WI Bar No. 1095440 | WI Bar No. 1056619 |
| Matthew R. Korn | Summer H. Murshid |
| SC Bar No. 100663 | WI Bar No. 1075404 |
| | Timothy P. Maynard |
| **Fisher & Phillips LLP** | WI Bar No. 1080953 |
| 10 S Wacker Dr Ste 3450 | Connor J. Clegg |
| Chicago IL 60606-7592 | WI Bar No.1118534 |
| Telephone: (312) 346-8061 | |
| Fax: (312) 346-3179 | **Hawks Quindel, S.C.** |
| E-mail: cannunziata@fisherphillips.com | 5150 North Port Washington Road, |
|          mkorn@ fisherphillips.com | Suite 243 |
| | Milwaukee, WI 53217 |

Attorneys for Defendant

Telephone: (414) 271-8650
Fax: (414) 207-6079
E-mail: smurshid@hq-law.com
cclegg@hq-law.com
tmaynard@hq-law.com
ljohnson@hq-law.com

Attorneys for Plaintiff